(Rev. 06/12) Summons in a Civil Action

# RETURN OF SERVICE

**SERVICE OF:** LETTER, SUMMONS AND COMPLAINT, CIS, TRACK ASSIGNMENT NOTICE, PRAYER FOR RELIEF, DEMAND
**EFFECTED (1) BY ME:** JANE NUNN
**TITLE:** PROCESS SERVER

**DATE:** 4/6/2020 1:16:43 PM

---

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

WIPRO LIMITED C/O THE CORPORATION TRUST COMPANY, R.A.

Place where served:

820 BEAR TAVERN ROAD   WEST TRENTON   NJ   08628

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

KELSEA HOLTON

Relationship to defendant   **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX: F   AGE: 21-35   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 4/7/2020   _M. Jane Nunn_ L.S.

SIGNATURE OF JANE NUNN
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

**ATTORNEY:** JONATHAN RUDNICK, ESQ.
**PLAINTIFF:** GREGORY MACLEAN, ET AL
**DEFENDANT:** WIPRO LIMITED
**VENUE:** DISTRICT
**DOCKET:** 3 20 CV 03414 FLW LHG
**COMMENT:**

KIMBERLY GROTE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 18, 2023