Stephanie L. Silvano (New Jersey Bar No. 168182016)
Grace E. Hart (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel:  (212) 351-4000
Fax: (212) 351-4035

Greta B. Williams (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, DC 20036-5306
Tel:  (202) 955-8500
Fax: (202) 467-0539

Heather L. Richardson (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave.
Los Angeles, CA 90071-3197
Tel:  (213) 229-7000
Fax: (213) 229-7520

*Attorneys for Defendant Wipro Limited*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GREGORY MACLEAN, RICK VALLES, ARDESHIR PEZESHKI, JAMES GIBBS, and RONALD HEMENWAY, *individually and in their representative capacities*,<br><br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>WIPRO LIMITED,<br><br>　　　　　Defendant. | Civil Action 3:20-cv-3414 (FLW) (LHG) |

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this date filed the following documents on behalf of Defendant Wipro Limited with the Clerk of Court:

- Notice of Motion to Dismiss Plaintiffs' Amended Complaint or, In the Alternative, to Stay or to Strike Class Allegations;
- Memorandum of Law;
- Declaration of Grace E. Hart and exhibits attached thereto;
- Proposed Form of Order; and
- This Certificate of Service.

I further certify that I have filed the aforementioned documents using the CM/ECF system, which will automatically send e-mail notification of such filings to all counsel of record.

I further certify that I will cause a courtesy copy of the aforementioned documents to be sent via overnight mail to the Honorable Freda L. Wolfson, U.S.D.J., at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street Room 2020, Trenton, New Jersey, 08608 and that a copy of the Proposed Form of Order will be submitted to chambers by email to njdef_wolfson@dnj.uscourts.gov in Word format.

Dated: June 11, 2020                    */s/ Stephanie L. Silvano*
                                                        Stephanie L. Silvano