UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREGORY MACLEAN, RICK VALLES, ARDESHIR PEZESHKI, JAMES GIBBS, and RONALD HEMENWAY, *individually and in their representative capacities*,<br><br>      Plaintiffs,<br><br>    v.<br><br>WIPRO LIMITED,<br><br>      Defendant. | Civil Action No. 3:20-cv-3414 (FLW) (LHG) |

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

  Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

                   /s/Jonathan Rudnick
                   Jonathan Rudnick

PRO HAC VICE ATTORNEY INFORMATION:

| | |
|---|---|
| Name: | Daniel Kotchen |
| Address: | Kotchen & Low LLP |
| | 1918 New Hampshire Avenue NW |
| | Washington, DC 20009 |
| E-Mail: | dkotchen@kotchen.com |
| | (one email address only) |

1