UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREGORY MACLEAN, *et al.*, | Civil Action No. 20-03414 (GC)(JBD) |
| Plaintiffs, | |
| v. | |
| WIPRO LIMITED, | PRETRIAL SCHEDULING ORDER |
| Defendant. | |

This matter having come before the Court for a telephone status conference pursuant to Fed. R. Civ. P. 16; Jonathan Rudnick, Esq., of the Law Offices of Jonathan Rudnick LLC, and Daniel Kotchen, Esq., of Kotchen & Low LLP, appearing on behalf of Plaintiffs; Stephanie Silvano, Greta B. Williams, and Alex Downie, Esqs., of Gibson Dunn & Crutcher LLP, appearing on behalf of Defendant; the Court having set certain deadlines with the participation of counsel; and for good cause shown,

IT IS on this 7th day of July, 2023,

**ORDERED** that the parties shall serve initial written discovery requests by no later than **July 14, 2023**; and it is further

**ORDERED** that the parties shall meet and confer regarding the preservation and production of electronically stored information by no later than **July 27, 2023**; and it is further

**ORDERED** that any motion to amend the pleadings or join new parties must be with leave of Court and filed no later than **October 13, 2023**, and made returnable **November 6, 2023**; and it is further

**ORDERED** that any application regarding a dispute regarding written discovery shall be brought to the Court's attention no later than **March 6, 2024**, or else that application shall be deemed waived; and it is further

      **ORDERED** that fact discovery is to remain open through **May 23, 2024.**  No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown; and it is further

      **ORDERED** that any motion for class certification and any initial expert disclosure and report shall be filed no later than **July 25, 2024**; and it is further

      **ORDERED** that any opposition to the motion for class certification and any rebuttal expert disclosure and report shall be filed no later than **August 22, 2024**; and it is further

      **ORDERED** that any reply in support of motion for class certification shall be filed no later than **September 12, 2024**; and it is further

      **ORDERED** that dispositive motions may be filed by no later than **December 19, 2024**; opposition shall be filed no later than **January 23, 2025**; reply shall be filed no later than **February 13, 2025**.  Counsel are to notify Chambers within five days of a decision on any dispositive motions if the decision does not resolve all issues in the case; and it is further

      **ORDERED** that the parties shall complete all expert discovery by **March 6, 2025**; and it is further

      **ORDERED** that the parties shall complete a class-wide settlement conference no later than **April 3, 2025**; and it is further

      **ORDERED** that a telephone status conference will be held before the undersigned on **September 25, 2023** at **10:00 a.m.**  The Court will circulate dial-in information in advance of the conference to all parties; and it is further

      **ORDERED** that counsel shall confer in good faith in an attempt to resolve any discovery or case management disputes before raising them with the Court.  Any such dispute shall be brought to the Court's attention pursuant to paragraph 5 of the Court's Civil Case Management Order, available at (https://www.njd.uscourts.gov/content/j-brendan-day).  **No discovery motion or motion for leave to amend will be entertained absent leave of Court and counsel's full compliance with L. Civ. R. 37.1(a)(1);** *see also* **L. Civ. R. 16.1(f)**; and it is further

**ORDERED** that a date for the final pretrial conference will be set at a later date.

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE