**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY  10166-0193
Tel 212.351.4000
gibsondunn.com

Stephanie L. Silvano
Direct: +1 212.351.2680
Fax: +1 212.716.0780
SSilvano@gibsondunn.com

December 1, 2023

<u>VIA ECF</u>

The Honorable J. Brendan Day
United States Magistrate Judge
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608


Re:    *MacLean et al v. Wipro Limited*, No. 3:20-cv-03414 (GC) (JBD)

Dear Judge Day:

      This firm represents Defendant Wipro Limited in this matter.  A status conference is currently scheduled for Wednesday, December 6, 2023 at 10:00 A.M.  The undersigned, local counsel for the Defendant, is unable to attend this status conference because of a trial that was re-scheduled for the same time.  My co-counsel, Greta Williams, who has been admitted *pro hac vice* for this matter, has participated in the proceedings in this matter and is fully prepared to update the Court on the status of discovery in my absence.

      Therefore, Defendant respectfully requests that the Court excuse the undersigned from participating in the scheduled status conference and allow Ms. Williams to represent the Defendant without local counsel present.

      We thank Your Honor in advance for your consideration of this request.


Sincerely,

<u>*/s/ Stephanie L. Silvano*</u>

Stephanie L. Silvano


cc:  All Counsel of Record (via ECF)