**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
gibsondunn.com

Stephanie L. Silvano
Direct: +1 212.351.2680
Fax: +1 212.716.0780
SSilvano@gibsondunn.com

March 13, 2024

VIA ECF

The Honorable J. Brendan Day
United States Magistrate Judge
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   *MacLean et al v. Wipro Limited*, No. 3:20-cv-03414 (GC) (JBD)

Dear Judge Day:

     This firm represents Defendant Wipro Limited in this matter. A conference to discuss the parties' joint letter is currently scheduled for Monday, March 18, 2024 at 9:30 A.M. The undersigned, local counsel for the Defendant, is unable to attend this status conference because of a pre-scheduled doctor's appointment. My co-counsel, Greta Williams, who has been admitted *pro hac vice* for this matter, has participated in the proceedings in this matter and is fully prepared to discuss the parties' joint letter in my absence.

     Therefore, Defendant respectfully requests that the Court excuse the undersigned from participating in the scheduled conference and allow Ms. Williams to represent the Defendant without local counsel present.

     We thank Your Honor in advance for your consideration of this request.

Sincerely,

*/s/ Stephanie L. Silvano*

Stephanie L. Silvano

cc:  All Counsel of Record (via ECF)