UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**  **DATE: March 18, 2024**
**MAGISTRATE JUDGE: DAY**
**DIGITALLY RECORDED via Teams**

**TITLE OF CASE:**  **CIVIL 20-03414 (JBD)**

GREGORY MACLEAN et al
v.
WIPRO LIMITED

**APPEARANCES:**
Jonathan Rudnick, Esq., for plaintiffs
Daniel Kotchen, Esq., for plaintiffs
Lindsey Grunert, Esq., for plaintiffs
Greta B. Williams, Esq. for defendant

**NATURE OF PROCEEDINGS: Discovery hearing**

Hearing on parties' 3/1/24 joint letter relating to the production of the
Phillips materials.
Order to follow.

**TIME COMMENCED: 9:33am**
**TIME ADJOURNED: 10:46am**
**TOTAL TIME:   1 hr 13 minutes**

s/Christopher Yoos
**Deputy Clerk**