*Via ECF*                                                    May 13, 2024

Honorable J. Brendan Day
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

RE:     *MacLean, et al. v. Wipro Limited*, No. 3:20-3414-GC-JBD
        Plaintiffs' Unopposed Request to Convert May 21, 2024 In-Person Hearing to Zoom

Dear Judge Day:

Plaintiffs respectfully request, with the consent of all parties, that the May 21, 2024 in-person hearing before Your Honor on the parties' discovery disputes and the case schedule take place virtually via Zoom. *See* Dkt. 58 (setting oral argument on remaining discovery disputes and holding that "all discovery deadlines shall remain adjourned pending further order of the Court"); Jt. Ltr. Br. (Mar. 1, 2024) (submitted via email). Daniel Kotchen, lead counsel for Plaintiffs who will argue the issues, has been suffering from debilitating back pain which makes it impossible for him to travel. As such, Plaintiffs respectfully requests that the Court convert the in-person hearing to Zoom so that Mr. Kotchen may participate. Counsel for Defendant Wipro Limited consents to Plaintiffs' request.

If the request is acceptable to Your Honor, Plaintiffs asks that this correspondence be "So Ordered" and entered on the docket.

Respectfully submitted,

By: /s/ Jonathan Rudnick
Jonathan Rudnick, Esq.
The Law Office of Jonathan
Rudnick LLC
788 Shrewsbury Avenue, Suite 204
Tinton Falls, NJ 07724
(732) 842-2070
(732) 879-0213 (Fax)
jonr@ronrudlaw.com

Daniel Kotchen (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
**KOTCHEN & LOW LLP**
1918 New Hampshire Ave. NW
Washington, DC 20009
Telephone: (202) 471-1995
dkotchen@kotchen.com
lgrunert@kotchen.com

*Attorneys for Plaintiffs and Putative Class*

CC: All counsel of record via CM/ECF.

**SO ORDERED this ____ day of May, 2024**

_____

**Hon. J. Brendan Day, USMJ**

2