**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE: TRENTON**　　　　　　　　　　　　　　　　　　　　**DATE: June 4, 2024**
**MAGISTRATE JUDGE: J. Brendan Day**
**COURT REPORTER: Digitally Recorded**


**TITLE OF CASE:**　　　　　　　　　　　　　　　　　　　**CIVIL 20-3414 (GC)(JBD)**
GREGORY MACLEAN et al
v.
WIPRO LIMITED


**APPEARANCES:**
Jonathan Rudnick, *Esq.* and Daniel Kotchen, Esq. for plaintiff
Stephanie Silvano, Esq. and Greta B. Williams, Esq. for defendants


**NATURE OF PROCEEDINGS: Discovery Hearing**
Hearing held regarding outstanding discovery disputes in March 1, 2024 Joint Letter.
Ordered decision reserved.



**TIME COMMENCED: 11:32am**
**TIME  ADJOURNED:  1:05pm**
**TOTAL TIME: 1 hr 33 minutes**

　　　　　　　　　　　　　　　　　　　　　　　　　　　<u>s/Christopher Yoos</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**