UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

GREGORY MACLEAN, RICK VALLES, ARDESHIR PEZESHKI, JAMES GIBBS, and RONALD HEMENWAY, *et al.*,

    Plaintiffs,

v.

WIPRO LIMITED,

    Defendant.

Civil Action No. 3:20-cv-3414 (GC) (JBD)

## DEFENDANT'S NOTICE OF FILING FOR *IN CAMERA* REVIEW

Defendant Wipro Limited hereby provides notice of the *ex parte*, *in camera* filing that has been sent to chambers via email to jbd_orders@njd.uscourts.gov in accordance with the Order dated June 11, 2024. *See* Dkt. 63 at 3.

Dated: June 25, 2024

Respectfully submitted,

By: /s/ *Stephanie L. Silvano*

Stephanie L. Silvano (SBN 168182016)
Grace E. Hart (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 351-4000
Fax: (212) 351-4035
SSilvano@gibsondunn.com
GHart@gibsondunn.com

Greta B. Williams (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.

1

Washington, DC 20036-5306
Tel: (202) 955-8500
Fax: (202) 467-0539
GBWilliams@gibsondunn.com

Heather L. Richardson (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave.
Los Angeles, CA 90071-3197
Tel: (213) 229-7000
Fax: (213) 229-7520
HRichardson@gibsondunn.com

*Attorneys for Defendant Wipro Limited*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Court's CM/ECF system.

By: /s/ *Stephanie L. Silvano*