UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| GREGORY MACLEAN, *et al.*, *individually and in their representative capacities*,<br><br>Plaintiffs,<br><br>v.<br><br>WIPRO LIMITED,<br><br>Defendant. | Civ. No. 20-3414 (GC)(JBD)<br><br>**ORDER** |

The Court having heard oral argument on June 4, 2024 regarding various discovery disputes between plaintiffs and defendant Wipro Limited ("Wipro"), *see* [Dkts. 52, 53, 64]; and the Court having ordered Wipro to submit *ex parte* to the Court materials responsive to plaintiffs' document Request Number 23 for the Court's *in camera* review, *see* [Dkt. 63] at 3-4; and the Court having reviewed those materials, which Wipro submitted to the Court on June 25, 2024, *see* [Dkt. 65]; and the Court having carefully considered those materials in light of the legal principles governing discovery and Rule 26(b)'s principles of relevance, proportionality, and burden of the proposed discovery compared with its likely benefit; and the Court exercising its broad discretion to regulate discovery in civil proceedings; and the Court having determined upon its review that the materials responsive to Request Number 23 largely are not relevant to plaintiffs' claims and in any event concern matters that (for the most part) fall outside of the time period in which the Court has permitted discovery in this case; and the Court also having determined that

1

disclosure of the materials responsive to Request Number 23 would not be proportional to the needs of the case; and for good cause otherwise having been shown,

**IT IS** on this **17th day of July, 2024**,

**ORDERED** that Wipro shall NOT be required to disclose to plaintiffs the materials responsive to plaintiffs' document Request Number 23 at this time.

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE