# GIBSON DUNN

Greta B. Williams
Partner
T: +1 202.887.3745
M: +1 202.818.0200
gbwilliams@gibsondunn.com

Stephanie L. Silvano
Associate
T: +1 212.351.3680
M: +1 973.941.9921
ssilvano@gibsondunn.com

July 30, 2024

<u>VIA ECF</u>

The Honorable J. Brendan Day
United States Magistrate Judge
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ  08608

**Re:** *MacLean et al. v. Wipro Limited*, No. 3:20-cv-03414 (GC) (JBD)

Dear Judge Day:

This firm represents Defendant Wipro Limited in the above-captioned matter.  Pursuant to Local Rule 6.1(a) and Paragraph 2 of Your Honor's Case Management Order, Wipro requests that the Court set the following briefing schedule for Plaintiffs' Motion for Leave to File a Second Amended Complaint:

(1) Wipro's opposition brief due August 16, 2024;
(2) Plaintiffs' reply brief due August 27, 2024; and
(3) Motion day of September 16, 2024.

On July 26, 2024, Plaintiffs filed a Motion for Leave to File a Second Amended Complaint (ECF 67) with a motion day of August 19, 2024.  The current deadline for Wipro's opposition brief is August 5, 2024 and the deadline for Plaintiffs' reply brief is August 12, 2024.  Due to scheduling conflicts, Wipro requests that the Court set the above briefing schedule, which grants Wipro a short extension of its deadline to file its opposition brief.  **All parties consent to this request**.  If granted, the extension would not impact any other dates or deadlines in this matter.

Respectfully submitted,

_____               _____
Stephanie L. Silvano                                                   Greta B. Williams