Stephanie L. Silvano (New Jersey Bar No. 168182016)
Grace E. Hart (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Tel: 212.351.4000
Fax: 212.351.4035

Greta B. Williams (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
700 M Street, N.W.
Washington, D.C. 20036-5306
Tel: 202.955.8500
Fax: 202.467.0539

Heather L. Richardson (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave.
Los Angeles, CA 90071-3197
Tel: 213.229.7000
Fax: 213.229.7520

*Attorneys for Defendant Wipro Limited*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GREGORY MACLEAN, RICK VALLES, ARDESHIR PEZESHKI, JAMES GIBBS, and RONALD HEMENWAY, *individually and in their representative capacities*, | : : : : Civil Action No.: 3:20-cv-3414 (GC) (JBD) : : |
| Plaintiffs, | : : |
| v. | : : : |
| WIPRO LIMITED, | : : |
| Defendant. | : : |

## NOTICE OF ATTORNEY APPEARANCE

Please take notice that the undersigned, who is admitted to practice before this Court (New Jersey Bar No. 247732017), hereby enters her appearance as counsel for Defendant Wipro Limited in the above-captioned case.

Respectfully submitted,

DATE: October 14, 2024

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Seton Hartnett O'Brien*
Seton Hartnett O'Brien

*Attorney for Defendant Wipro Limited*

## CERTIFICATE OF SERVICE

I hereby certify, that on October 14, 2024, I electronically filed the attached Notice of Appearance by using the Court's CM/ECF system, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF system.

>*/s/ Seton Hartnett O'Brien*
> Seton Hartnett O'Brien