UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE:** TRENTON  
**MAGISTRATE JUDGE:** DAY  
**COURT REPORTER:** DIGITALLY RECORDED

OCTOBER 15, 2024  
DATE OF PROCEEDINGS

**TITLE OF CASE:**  
MACLEAN et al,  
V.  
WIPRO LIMITED

**DOCKET #** 3:20-CV-03414(GC)(JBD)

**APPEARANCES:**  
Daniel Kotchen, Esq. for plaintiff  
Jonathan Rudnick, Esq. for plaintiff  
Lindsey Grunert, Esq. for plaintiff  
Greta Williams, Esq. for defendant  
Grace Hart, Esq. for defendant  
Stephanie Silvano, Esq. for defendant

**NATURE OF PROCEEDING:** VIRTUAL ORAL ARGUMENT/STATUS CONFERENCE  
Oral argument held on plaintiff's motion for leave to file a second amended complaint Dkt. No. 67.  
Ordered decision reserved.

TIME COMMENCED:   11:45 a.m.  
TIME ADJOURNED:   12:17 p.m.  
TOTAL TIME: 32 MINUTES

s/ Christopher Yoos  
Deputy Clerk