**GIBSON DUNN**

Greta B. Williams Partner
T: +1 202.887.3745
M: +1 202.818.0200
gbwilliams@gibsondunn.com

Seton Hartnett O'Brien
Associate
T: +1 212.351.6259
M: +1 908.477.7002
SOBrien@gibsondunn.com

December 20, 2024

IT IS SO ORDERED this 23rd day of December, 2024.



J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE

VIA ECF

The Honorable J. Brendan Day
United States Magistrate Judge
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   *MacLean et al. v. Wipro Limited*, No. 3:20-cv-03414 (GC) (JBD)

Dear Judge Day:

This firm represents Defendant Wipro Limited in the above-captioned matter. On December 17, 2024, Plaintiffs filed their Second Amended Complaint. Dkt. 83. Pursuant to FRCP 15(a)(3) and Local Rule 12.2, Wipro's deadline to respond to the Second Amended Complaint is December 31, 2024. Wipro respectfully requests a 14-day extension of this deadline to January 14, 2025. Wipro seeks this extension due to the upcoming winter holidays. All parties consent to this request. If granted, the extension would not impact any other scheduled dates or deadlines in this matter.

Respectfully submitted,

_____
Seton Hartnett O'Brien

_____
Greta B. Williams