UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREGORY MACLEAN, RICK VALLES, ARDESHIR PEZESHKI, JAMES GIBBS, and RONALD HEMENWAY, *individually and in their representative capacities*,<br><br>               Plaintiffs,<br><br>v.<br><br>WIPRO LIMITED,<br><br>               Defendant. | Civil Action No. 3:20-cv-3414 (GC) (JBD)<br><br><br>**AMENDED DISCOVERY SCHEDULE** |

      In accordance with this Court's December 10, 2024 Order (Dkt. 81), the parties met and conferred on January 5, 2025 regarding how discovery should proceed in this case. The parties have reached consensus and now submit the below joint proposed amended discovery schedule:

| Event | Deadline |
|---|---|
| **Non-Expert Discovery Cut-Off** | October 15, 2025 |
| **Class Certification Motion Filing Deadline**[1]<br>**Initial Expert Disclosure & Report Deadline** | October 27, 2025 |
| **Opposition to Class Certification Motion**<br>**Rebuttal Expert Disclosure & Report Deadline** | December 3, 2025 |
| **Reply in Support of Class Certification Mot. &**<br>**Plaintiffs' Rebuttal Expert Disclosure &**<br>**Report Deadline** | December 31, 2025 |
| **Dispositive Motions** | March 2, 2026 |
| **Responses to Dispositive Motions** | April 6, 2026 |
| **Replies to Dispositive Motions** | April 27, 2026 |

---

[1] If a class is certified, the parties may file supplemental expert reports for trial by the Expert Discovery Cut-Off deadline.

| Event | Deadline |
|---|---|
| **Expert Discovery Cut-Off** | May 18, 2026 |

We thank the Court for its attention to this matter.

So Ordered this
13th Day of January, 2025.

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE

Dated: January 10, 2025             By: *Jonathan Rudnick*
                                    Jonathan Rudnick, Esq.
                                    LAW OFFICES OF JONATHAN RUDNICK LLC
                                    788 Shrewsbury Avenue, Suite 204
                                    Tinton Falls, NJ 07724
                                    Telephone: (732) 842-2070
                                    Facsimile: (732) 879-0213
                                    jonr@ronrudlaw.com

                                    Daniel Kotchen (*pro hac vice*)
                                    KOTCHEN & LOW LLP
                                    1918 New Hampshire Ave. NW
                                    Washington, DC 20009
                                    Telephone: (202) 471-1995
                                    Facsimile: (202) 280-1128
                                    dkotchen@kotchen.com

                                    *Attorneys for Plaintiffs*

Dated: January 10, 2025             By: *Seton H. O'Brien*
                                    Seton H. O'Brien (Bar No. 247732017)
                                    Stephanie L. Silvano (Bar No. 168182016)
                                    Grace E. Hart (*pro hac vice*)
                                    GIBSON, DUNN & CRUTCHER LLP
                                    200 Park Avenue, 47th Floor
                                    New York, NY 10166
                                    Telephone: (212) 351-4000
                                    Facsimile: (212)351-4035
                                    SSilvano@gibsondunn.com
                                    GHart@gibsondunn.com

                                    Greta B. Williams (*pro hac vice*)
                                    GIBSON, DUNN & CRUTCHER LLP
                                    1700 M Street, N.W.
                                    Washington, DC 20036
                                    Telephone: (202) 955-8500
                                    Facsimile: (202) 467-0539
                                    GBWilliams@gibsondunn.com

                                    Heather L. Richardson (*pro hac vice*)
                                    GIBSON, DUNN & CRUTCHER LLP
                                    333 South Grand Avenue
                                    Los Angeles, CA 90071
                                    Telephone: (213) 229-7000
                                    Facsimile: (213) 229-7520
                                    HRichardson@gibsondunn.com

                                    *Attorneys for Defendant Wipro Limited*