Seton Hartnett O'Brien (New Jersey Bar No. 247732017)
Grace E. Hart (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 351-4000
Fax: (212) 351-4035

Greta B. Williams (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M St NW
Washington, DC 20036.
Tel: (202) 955-8500
Fax: (202) 467-0539

Heather L. Richardson (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave.
Los Angeles, CA 90071-3197
Tel: (213) 229-7000
Fax: (213) 229-7520

*Attorneys for Defendant Wipro Limited*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GREGORY MACLEAN, RICK VALLES, ARDESHIR PEZESHKI, JAMES GIBBS, and RONALD HEMENWAY, *individually and in their representative capacities*,<br><br>    Plaintiffs,<br><br>v.<br><br>WIPRO LIMITED,<br><br>    Defendant. | Civil Action No. 3:20-cv-3414 (GC) (JBD)<br><br>**DEFENDANT'S NOTICE OF MOTION FOR PARTIAL DISMISSAL OF PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Motion Day: March 17, 2025<br><br>Oral Argument Requested<br><br>Document Electronically Filed |

**PLEASE TAKE NOTICE** that on March 17, 2025, or at such time designated by the Court, Defendant Wipro Limited, through its undersigned counsel, will move the Court for an Order granting Defendant's motion for partial dismissal of Plaintiffs' Second Amended Complaint.

**PLEASE TAKE FURTHER NOTICE** that, in support of their motion, Defendant relies upon the accompanying Memorandum of Law and any further reply submissions.

**PLEASE TAKE FURTHER NOTICE** that Defendant has submitted a proposed order.

Dated: February 21, 2025          Respectfully submitted,

By:  */s/ Seton Hartnett O'Brien*
Seton Hartnett O'Brien (SBN 247732017)
Grace E. Hart (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 351-4000
Fax: (212) 351-4035
SOBrien@gibsondunn.com
GHart@gibsondunn.com

Greta B. Williams (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M St NW
Washington, DC 20036
Tel: (202) 955-8500
Fax: (202) 467-0539
GBWilliams@gibsondunn.com

Heather L. Richardson (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave.
Los Angeles, CA 90071-3197
Tel: (213) 229-7000
Fax: (213) 229-7520
HRichardson@gibsondunn.com

*Attorneys for Defendant Wipro Limited*