**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GREGORY MACLEAN, RICK VALLES, ARDESHIR PEZESHKI, JAMES GIBBS, and RONALD HEMENWAY, *individually and in their representative capacities*,<br><br>Plaintiffs,<br><br>v.<br><br>WIPRO LIMITED,<br><br>Defendant. | Civil Action 3:20-cv-03414-GC-JBD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR PARTIAL DISMISSAL OF PLAINTIFFS' SECOND AMENDED COMPLAINT** |

**THIS MATTER**, having come before the Court upon the motion of Defendant Wipro Limited, by and through their attorneys, Gibson, Dunn & Crutcher LLP, for Partial Dismissal of Plaintiffs' Second Amended Complaint; and the Court having considered the submissions of the parties and oral argument, if any; and for good cause shown,

**IT IS** on this _____ day of _____ 2025,

**ORDERED** that:

[ ] Defendant's Motion for Partial Dismissal is hereby **GRANTED**; and it is **ORDERED** that Count III of Plaintiffs' Second Amended Complaint is hereby **DISMISSED** with prejudice.

**SO ORDERED.**

_____
Hon. Georgette Castner, U.S.D.J.