Seton Hartnett O'Brien (New Jersey Bar No. 247732017)
Grace E. Hart (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 351-4000
Fax: (212) 351-4035

Greta B. Williams (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M St NW
Washington, DC 20036
Tel: (202) 955-8500
Fax: (202) 467-0539

Heather L. Richardson (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave.
Los Angeles, CA 90071-3197
Tel:  (213) 229-7000
Fax: (213) 229-7520

*Attorneys for Defendant Wipro Limited*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREGORY MACLEAN, RICK VALLES, ARDESHIR PEZESHKI, JAMES GIBBS, and RONALD HEMENWAY, *individually and in their representative capacities*, <br><br> Plaintiffs, <br><br> v. <br><br> WIPRO LIMITED, <br><br> Defendant. | Civil Action No. 3:20-cv-3414 (GC) (JBD) |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date filed the following documents on behalf of Defendant Wipro Limited with the Clerk of Court:

- Notice of Motion for Partial Dismissal of Plaintiffs' Second Amended Complaint
- Memorandum of Law;
- Proposed Form of Order; and
- This Certificate of Service.

I further certify that I have filed the aforementioned documents using the CM/ECF system, which will automatically send e-mail notification of such filings to all counsel of record.

Dated: February 21, 2025                    */s/ Seton Hartnett O'Brien*_____
                                            Seton Hartnett O'Brien