UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREGORY MACLEAN, RICK VALLES, ARDESHIR PEZESHKI, JAMES GIBBS, AND RONALD HEMENWAY, *individually and in their representative capacities*,<br><br>Plaintiffs,<br><br>v.<br><br>WIPRO LIMITED,<br><br>Defendant. | Civil Action No. 20-03414 (GC) (JBD)<br><br>**ORDER & JUDGMENT** |

**THIS MATTER** comes before the Court upon Defendant Wipro Limited's Motion for Partial Dismissal of Plaintiffs' Second Amended Complaint (SAC) pursuant to Federal Rule of Civil Procedure (Rule) 12(b)(6). (ECF No. 94.) Plaintiffs opposed (ECF No. 95), and Defendant replied (ECF No. 96). The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Rule 78(b) and Local Civil Rule 78.1(b). For the reasons set forth in the accompanying Opinion, and other good cause shown,

**IT IS** on this 30th day of June 2025 **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. Defendant's Motion for Partial Dismissal of the SAC (ECF No. 94) is **GRANTED**.

2. Count 3 of the SAC is **DISMISSED with prejudice.**

3. The Clerk's Office is directed to **TERMINATE** the Defendant's Motion at ECF No. 94.

*[signature]*

**GEORGETTE CASTNER**
**UNITED STATES DISTRICT JUDGE**