UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREGORY MACLEAN, *et al.*, *individually and in their representative capacities*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>WIPRO LIMITED,<br><br>　　　　　　Defendant. | Civ. No. 20-3414 (GC)(JBD)<br><br>**AMENDED PRETRIAL SCHEDULING ORDER** |

　　This matter having come before the Court by way of the parties' letter dated June 27, 2025 [Dkt. 100] regarding the status of discovery; and the Court having held a telephone conference with the parties on July 2, 2025; and the Court having set certain deadlines with the participation of counsel; and for good cause shown,

　　IT IS on this 7th day of July, 2025,

　　**ORDERED** that fact discovery shall remain open through **April 17, 2026.** No discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown; and it is further

　　**ORDERED** that the parties shall serve any affirmative expert reports no later than **May 1, 2026**; and it is further

　　**ORDERED** that the parties shall serve any rebuttal expert reports no later than **June 12, 2026**; and it is further

　　**ORDERED** that any motion for class certification may be filed no later than **May 1, 2026**, with opposition papers due no later than **June 12, 2026**, and reply papers dues no later than **June 22, 2026**; and it is further

　　**ORDERED** that the parties shall complete all expert discovery by **July 24, 2026**; and it is further

   **ORDERED** that dispositive motions may be filed no later than **September 25, 2026**, with opposition papers due no later than **October 23, 2026**, and reply papers dues no later than **November 6, 2026**.  Counsel shall notify Chambers within five days of a decision on any dispositive motions if the decision does not resolve all issues in the case; and it is further

   **ORDERED** that the Court will hold a telephone status conference before the undersigned on **September 22, 2025** at **2:00 p.m.**  No later than three (3) business days prior to the telephone status conference, the parties shall file a joint status letter via CM/ECF, not to exceed three (3) pages, that summarizes the status of discovery and identifies any issues ripe for discussion with the Court.  The Court will circulate dial-in information in advance of the conference to all parties.

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE