# GIBSON DUNN

Grace E. Hart
Partner
T: +1 212.351.6372
GHart@gibsondunn.com

Seton Hartnett O'Brien
Of Counsel
T: +1 212.351.6259
SOBrien@gibsondunn.com

July 8, 2025

<u>VIA ECF</u>

The Honorable J. Brendan Day
United States Magistrate Judge
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ  08608

**Re:** *MacLean et al. v. Wipro Limited*, **No. 3:20-cv-03414 (GC) (JBD)**

Dear Judge Day:

This firm represents Defendant Wipro Limited in the above-captioned matter. On June 30, 2025, the Court granted Defendant's Motion for Partial Dismissal of Plaintiffs' Second Amended Complaint. Dkts. 101, 102. Pursuant to FRCP 15(a)(3) and Local Rule 12.2, Defendant's Answer to the Second Amended Complaints is currently due July 14, 2025. Wipro respectfully requests a 7-day extension of this deadline to July 21, 2025. Wipro seeks this extension due to a scheduling conflict and counsel's competing professional obligations. All parties consent to this request. If granted, the extension would not impact any other scheduled dates or deadlines in this matter.

Respectfully submitted,

_____
Seton Hartnett O'Brien

_____
Grace E. Hart

**IT IS SO ORDERED** this **9th** day of **July, 2025**

*J. Brendan Day*
UNITED STATES MAGISTRATE JUDGE

Gibson, Dunn & Crutcher LLP
200 Park Avenue | N e w   Y o r k ,   N Y 10166-0193 | T: 212.351.4000 | F: 212.351.4035 | gibsondunn.com