UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREGORY MACLEAN, RICK VALLES, ARDESHIR PEZESHKI, JAMES GIBBS, and RONALD HEMENWAY, *individually and in their representative capacities*,<br><br>Plaintiffs,<br><br>v.<br><br>WIPRO LIMITED,<br><br>Defendant. | Civ. No. 20-03414 (GC)(JBD)<br><br>**ORDER** |

      For the reasons stated during the telephone status conference on September 22, 2025,

      **IT IS** on this **24th** day of **September, 2025**, hereby

      **ORDERED** that defendant Wipro Limited shall provide to plaintiffs a year-by-year breakdown of the volume of custodial data collected for each of its 26 ESI custodians; and it is further

      **ORDERED** that the parties shall forthwith begin negotiating search terms for the ESI collected thus far; and it is further

      **ORDERED** that on or before **October 23, 2025**, the parties shall file via CM/ECF a joint letter apprising the Court of the status of the foregoing, as well as the status of Wipro's collection of its ESI custodians' physical devices. The Court will take appropriate action upon receipt of that letter.

                                                                 J. BRENDAN DAY
                                                                UNITED STATES MAGISTRATE JUDGE