**GIBSON DUNN**

Greta B. Williams
Partner
T: +1 202.887.3745
gbwilliams@gibsondunn.com

Stephanie Silvano
Associate
T: +1 212.351.2680
SSilvano@gibsondunn.com

October 20, 2025

<u>VIA ECF</u>

The Honorable J. Brendan Day
United States Magistrate Judge
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   *MacLean et al. v. Wipro Limited*, No. 3:20-cv-03414 (GC) (JBD)

Dear Judge Day:

We write on behalf of Defendant Wipro Limited in the above-captioned matter. Wipro writes to respectfully request a 14-day extension of the October 23, 2025 joint letter deadline.

On September 24, 2025, the Court entered an Order directing Wipro to "provide to plaintiffs a year-by-year breakdown of the volume of custodial data collected for each of its 26 ESI custodians" and directing the parties to begin negotiating ESI search terms. The Court further ordered the parties to file a joint letter by October 23, 2025 "apprising the Court of the foregoing." Dkt. 109. At the time of the September 23 status conference, Wipro had collected O365 email, Microsoft Teams, and Skype messenger data for the agreed-upon custodians, but was still in the process of collecting custodial OneDrive data. Wipro has now collected over 1 TB of custodial OneDrive data, which is being processed by its e-discovery vendor, and has learned that the collected OneDrive data contains one or more custodial .pst files. However, due to the large size of the OneDrive data, Wipro needs additional time to finish processing this OneDrive data in order to provide Plaintiffs with an accurate year-by-year breakdown of custodial data collected and to most efficiently negotiate search terms.

In light of the additional time required to process the OneDrive data, Wipro respectfully requests a two-week extension of the current deadline for the joint letter to November 6, 2025. Plaintiffs consent to this request. If granted, the extension would not impact any other scheduled dates or deadlines in this matter.

Respectfully submitted,

 _/s/ Stephanie Silvano_                           _/s/ Greta B. Williams_
 Stephanie Silvano                                  Greta B. Williams