November 24, 2025

**VIA CM/ECF**
Honorable J. Brendan Day
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    *MacLean, et al. v. Wipro Limited*, No. 3:20-3414-GC-JBD
             **Plaintiffs' Unopposed Letter Request to Either Advance the Start Time of the December 15, 2025 Telephonic Status Conference or to Adjourn the Conference to a Later Date.**

Dear Judge Day:

      In accordance with the Paragraph 2 of Your Honor's Case Management Order, Plaintiffs write to respectfully request that the start time of the December 15, 2025 telephonic Status Conference be advanced from 2:00 p.m. to 10:00 a.m., or, in the alternative, that the Status Conference be adjourned to a different date. *See* Dkt. 113. Plaintiffs' Counsel, Kotchen & Low LLP, has a preexisting conflict at the scheduled 2:00 p.m. start time and are therefore unable to make the Status Conference, as scheduled.

      Defendant Wipro Limited consents to Plaintiffs' request. Both Parties are available to begin the Status Conference on December 15, 2025 at 10:00 a.m. if Your Honor is available and amenable to advancing the start time.

      Alternatively, if the Court is unavailable at 10:00 a.m. on that date, Plaintiffs respectfully request that the Court adjourn the Status Conference to a different date. Plaintiffs are happy to confer with Defendant and to propose mutually agreeable dates to the Court, or, if the Court is agreeable to providing its availability to the Parties, they can select from those available dates.

      The requested adjournment will not impact other scheduled case deadlines.

      If the foregoing request is acceptable to Your Honor, we ask that that correspondence be "So Ordered" and entered on the docket

      We thank Your Honor for his continued attention to this matter.

DATED: November 24, 2025

Respectfully submitted,

By: /s/ Jonathan Rudnick
Jonathan Rudnick, Esq.
The Law Office of Jonathan Rudnick LLC
788 Shrewsbury Avenue, Suite 204
Tinton Falls, NJ 07724
(732) 842-2070
(732) 879-0213 (Fax)
jonr@ronrudlaw.com

Daniel Kotchen (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
KOTCHEN & LOW LLP
1918 New Hampshire Ave. NW
Washington, DC 20009
Telephone: (202) 471-1995
dkotchen@kotchen.com
lgrunert@kotchen.com

*Attorneys for Plaintiffs and Putative Class*

CC: All Counsel of Record via CM/ECF

**SO ORDERED this ___ day of November, 2025**

_____
Hon. J. Brendan Day, U.S.M.J.