UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE:** TRENTON  
**MAGISTRATE JUDGE:** DAY  
**COURT REPORTER:** DIGITALLY RECORDED

DECEMBER 15, 2025  
DATE OF PROCEEDINGS

**TITLE OF CASE:**  
MACLEAN et al,  
V.  
WIPRO LIMITED

**DOCKET #** 3:20-CV-03414(GC)(JBD)

**APPEARANCES:**  
Daniel Kotchen, Esq. for plaintiff  
Jonathan Rudnick, Esq. for plaintiff  
Lindsey Grunert, Esq. for plaintiff  
Greta Williams, Esq. for defendant  
Grace Hart, Esq. for defendant  
Stephanie Silvano, Esq. for defendant  
Umung Varma, Esq. for defendant  
Sophie White, Esq. for defendant

**NATURE OF PROCEEDING:** STATUS CONFERENCE  
Status conference held on outstanding discovery disputes.  
Order to be entered.

TIME COMMENCED:   11:04 a.m.  
TIME ADJOURNED:   11:54 a.m.  
TOTAL TIME: 50 MINUTES

s/ Christopher Yoos  
Deputy Clerk