UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREGORY MACLEAN, RICK VALLES, ARDESHIR PEZESHKI, JAMES GIBBS, and RONALD HEMENWAY, *individually and in their representative capacities*, <br><br> Plaintiffs, <br><br> v. <br><br> WIPRO LIMITED, <br><br> Defendant. | Civ. No. 20-3414 (GC)(JBD) <br><br> **ORDER** |

    This matter having been brought before the Court by way of the parties' letter dated November 6, 2025, [Dkt. 112], raising certain discovery disputes; and the Court having held a telephone status conference on December 15, 2025 to address those disputes; and for the reasons set forth on the record during that telephone status conference, and for good cause shown,

    **IT IS** on this **15th** day of **December, 2025**, hereby

    **ORDERED** that defendant Wipro Limited ("Wipro") shall identify and locate the retired physical device(s) used by each of the twenty-two custodians employed by Wipro between June 1, 2014 and March 31, 2015. For clarity and avoidance of doubt, Wipro shall not, at this time, yet be required to retrieve any of those devices.

    **IT IS FURTHER ORDERED** that, on or before **January 5, 2026**, Wipro shall file via CM/ECF a letter apprising the Court of the estimated time needed to complete the foregoing review. The Court will take appropriate action upon receipt of that letter.

J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE
