# The Law Office of
## Jonathan Rudnick, LLC

www.consumer-attorney.com

788 Shrewsbury Avenue
Building 2, Suite 204
Tinton Falls, New Jersey 07724

Jonathan Rudnick, Esq.
jonr@jonrudlaw.com
Fax: 732-879-0213

732.842.2070
Secondary Fax: 732.530.7547

February 18, 2026

**VIA ECF**

Honorable J. Brendan Day
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608
Email: jbd_orders@njd.uscourts.gov

> Re:    *MacLean, et al. v. Wipro Limited*, No. 3:20-3414-GC-JBD
> Letter Request to Excuse Local Counsel from Attendance at the March 4, 2026
> Status Conference

Dear Judge Day:

I serve as local counsel in the above-referenced matter and represent Plaintiffs and the putative class. A telephonic status conference is currently scheduled for March 9, 2026 at 2:00 p.m. ET. *See* Dkt. 120. I will be out of the country at that time, and as such, respectfully request that I be excused from participating in the status conference.

Dan Kotchen, lead counsel for Plaintiffs and the putative class, will attend the conference, and is prepared to discuss any issues raised by the Court, including any updates provided by Wipro concerning its review of physical devices for ESI custodians. *See id.*

If the requested extension is acceptable to Your Honor, I ask that that correspondence be "So Ordered" and entered on the docket.

DATED: February 18, 2026

Respectfully submitted,

By: /s/ Jonathan Rudnick
Jonathan Rudnick, Esq.
The Law Office of Jonathan
Rudnick LLC
788 Shrewsbury Avenue, Suite 204

**Personal Injury**          **Consumer Law**          **Employment Law**



### The Law Office of
### Jonathan Rudnick, LLC

Tinton Falls, NJ 07724
(732) 842-2070
(732) 879-0213 (Fax)
jonr@ronrudlaw.com

Daniel Kotchen (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
KOTCHEN & LOW LLP
1918 New Hampshire Ave. NW
Washington, DC 20009
Telephone: (202) 471-1995
dkotchen@kotchen.com
lgrunert@kotchen.com

*Attorneys for Plaintiffs and Putative Class*

CC: All Counsel of Record via CM/ECF

**SO ORDERED this \_\_\_ day of February, 2026**

_____

Hon. J. Brendan Day, U.S.M.J.

Page | 2