**GIBSON DUNN**

Greta B. Williams
Partner
T: +1 202.887.3745
M: +1 202.818.0200
gbwilliams@gibsondunn.com

March 5, 2026

**VIA CM/ECF**
Honorable J. Brendan Day
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   *MacLean et al. v. Wipro Limited*, No. 3:20-cv-03414 (GC) (JBD) (D.N.J.)

Dear Judge Day:

We write to provide the Court with an update on Gibson Dunn's ongoing investigation into the data preservation issues raised in Wipro's February 17, 2026 and February 24, 2026 letters. *See* Dkt. 121, 123. Since our last submission, we have continued to investigate these issues to provide the Court and Plaintiffs' counsel with accurate and complete information.

The updates below reflect our current understanding based on information obtained to date. Gibson Dunn is continuing to investigate these issues and will be prepared to discuss them during the status conference scheduled for Monday, March 9, 2026.

### 1. Litigation Hold Notices

Since our last submission, Gibson Dunn has taken additional steps to identify whether Wipro sent (or attempted to send) litigation hold notices to any additional custodians in this case. Although Gibson Dunn has not been able to locate any additional timely litigation hold notices sent by Wipro to the *MacLean* custodians, as a result of additional investigative steps taken in the last week, we can now provide the following new information:

- Wipro attempted to send litigation hold notices to 2 custodians—Ganesamoorthy Muthusamy and Ramesh Dariya—on or about August 8, 2023, but due to a Relativity system error, the notices were not successfully delivered. (Gibson Dunn previously understood that these 2 custodians had been placed on litigation hold on August 11, 2024, and communicated that understanding to Plaintiffs in a chart dated February 22, 2024.)

- Although the August 8, 2023 litigation hold notices were not successfully delivered due to a Relativity system error, Wipro sent "reminder" litigation hold notices to Mr. Muthusamy and Mr. Dariya, the earliest of which were sent on October 9, 2024 and on August 8, 2024, respectively.

**GIBSON DUNN**

March 5, 2026
Page 2

- Gibson Dunn has also located an October 9, 2024 reminder notice for Deviprasad Rambhatla, whose original litigation hold notice was inadvertently sent to the wrong Wipro email account on May 6, 2020. *See* Dkt. 123 (Feb. 24, 2026 Letter) at 3 n.3.

***Summary of Gibson Dunn's Investigation Into Wipro's Litigation Hold Notices for <u>MacLean</u>***.

Since discovering potential issues with Wipro's litigation hold notices for *MacLean* on or around February 12, 2026*,* Gibson Dunn has worked diligently to investigate these issues and keep the Court apprised of the situation and the steps it has been taking to investigate.

Attached to this letter is an updated version of Exhibit A (previously submitted with Wipro's February 24, 2026 Letter, Dkt. 123) showing the dates on which each custodian was placed on an Exchange Litigation Hold, the date that each custodian should have been put on a *MacLean* litigation hold, and the date (if any) that each custodian received a litigation hold notice or "reminder" notice. This incorporates the new information described above that Gibson Dunn has learned since the filing of Wipro's February 24, 2026 letter.

In summary, and as reflected in Exhibit A, Gibson Dunn can now confirm the following as it pertains to the 26 custodians in this matter:

- As noted in our February 24 letter, Gibson Dunn has located original, timely litigation hold notices for 7 *MacLean* custodians (Hengil Rodriguez, Karan Singh, Piyush Sharma, Pramod K Nair, Shravan Kumar Seetharama Naik, Sreedevi S, and Srinivas Pallia). *See* Dkt. 123 at 9, Exhibit A.

- Gibson Dunn has located litigation hold notice "reminders" for 3 additional *MacLean* custodians (Ganesamoorthy Muthusamy, Ramesh Dariya, and Deviprasad Rambhatla), who never received original litigation hold notices due to either system error or Wipro sending the notice to the incorrect email address.

- Litigation hold notices do not appear to have been sent to the 16 remaining custodians in this matter.[1] However, as noted in our February 24 letter (*see* Dkt. 123 at 4-5 and Exhibit A), back-end data preservation measures were put in place for each of these custodians' (and all *MacLean* custodians') O365 email data before Wipro became aware that they may have relevant information in this matter.

---

[1] These 16 custodians should have received notices on either October 20, 2024 or January 7, 2025. The Wipro employee responsible for issuing litigation holds during this period is no longer employed by Wipro, and Gibson Dunn therefore does not currently have additional information regarding why the notices were not sent at that time.

In addition, because these individuals were placed on litigation hold after Plaintiffs' counsel was provided with a list of litigation hold recipients on February 22, 2024, Gibson Dunn has not previously made any representations to Plaintiffs' Counsel concerning the dates on which litigation holds were issued to these custodians.

# GIBSON DUNN

March 5, 2026
Page 3

Gibson Dunn's investigation into litigation hold notices is now largely complete. Gibson Dunn does not anticipate further updates on this issue at this time, but will provide additional updates if anything is discovered.

## 2. OneDrive

As explained in Wipro's February 24, 2026 letter, it appears that timely litigation holds were not implemented for OneDrive accounts, and that there were periods when OneDrive data may have been lost. As explained in the February 24 letter, below is Gibson Dunn's understanding of the practices Wipro has in place to preserve OneDrive data:

1. In December 2018, Wipro implemented an 8-year retention policy for OneDrive data, such that it was preserved for 8 years from the date of *creation*, after which deleted data would become unrecoverable. Employees were individually added to this policy; it was not a blanket policy applicable to all employees.

2. In January 2024, Wipro implemented a separate retention policy that was set to preserve OneDrive data forever. This retention policy applied only to custodians who were active employees as of the date of implementation.

Since filing the February 24 letter, Gibson Dunn has continued to investigate when a custodian's OneDrive was subject to a retention policy. But as of today, Gibson Dunn's investigation is ongoing. Gibson Dunn is continuing to look into this issue, and is also taking other steps to try to ascertain the extent, if any, of data deletion from any custodians' OneDrive. For example, Gibson Dunn is taking the following steps:

- Gibson Dunn is assessing whether Wipro collected OneDrive data for any of the *MacLean* custodians prior to the collection of such data in *MacLean* – i.e., in connection with an earlier collection for other matters. To the extent such earlier OneDrive collections exist, Gibson Dunn will compare the documents in those collections to attempt to determine whether any materials that should have been retained pursuant to a litigation hold for this matter are no longer present.

- Gibson Dunn is also reviewing OneDrive links in custodians' emails to try to determine whether the OneDrive files referenced in those emails are still available in OneDrive.

While the aforementioned analyses may be inconclusive, Gibson Dunn's investigation is ongoing. We will provide a further update to the Court and opposing counsel as soon as additional information on these issues becomes available.

**Gibson, Dunn & Crutcher LLP**
1700 M Street, N.W.  |  Washington, D.C. 20036-4504  |  T: 202.955.8500  |  F: 202.467.0539  |  gibsondunn.com

**GIBSON DUNN**

March 5, 2026
Page 4

### 3. SharePoint

Based on current information, it appears that timely litigation holds were not implemented for SharePoint, and that there were periods during which SharePoint data may have been lost. Below is Gibson Dunn's current understanding of Wipro's practices to preserve SharePoint data:

- On or about April 17, 2024, Wipro implemented a 3-year retention policy that applies to all SharePoint data, such that it is preserved for 3 years from its **modified date**, after which, deleted data becomes unrecoverable.

- Before the implementation of this retention policy, SharePoint data was retained for the default 93 days after the date of deletion. If the SharePoint data was not deleted, it would have remained available indefinitely.

Gibson Dunn is continuing to investigate this issue and—subject to the Court's preference—will provide additional information once it becomes available.

### 4. Missing Device

In its February 24, 2026 letter, Gibson Dunn informed the Court that a device belonging to Karan Singh, a custodian in this matter, had become unavailable at some point between March 30, 2017 and October 7, 2024. Since the submission of that letter, Wipro has located the device in a warehouse in the United Kingdom.

In light of this development, Gibson Dunn does not anticipate providing further updates regarding this device. Gibson Dunn will, however, promptly notify opposing counsel if it identifies any additional material information concerning this device or any other device that may have become unavailable after the duty to preserve arose for this matter or the *Phillips* matter.

* * *

Gibson Dunn is continuing to investigate these issues[2] and will be prepared to discuss them during the status conference scheduled for Monday, March 9, 2026. We appreciate the Court's attention to this matter.

---

[2] Specifically, Gibson Dunn continues to assess whether discoverable data for these custodians may exist in other repositories (e.g., Google Workspace) and will provide updates to opposing counsel and/or the Court as appropriate, subject to the Court's preferences.

**GIBSON DUNN**

March 5, 2026
Page 5

Respectfully submitted,

*/s/ Greta Williams*
Greta Williams (*pro hac vice*)

*/s/ Stephanie L. Silvano*
Stephanie L. Silvano

*Attorneys for Defendant Wipro Limited*

# GIBSON DUNN

March 5, 2026
Page 6

**EXHIBIT A**
**O365-Related Hold Dates**

| Name of Custodian | Later of Hire Date or Migration Date | Exchange Litigation Hold Start Date | Date *MacLean* Hold Should Have Been Implemented | Date of Litigation Hold Notice[3] |
|---|---|---|---|---|
| **Angan Guha** | 1/18/2015 | 1/21/2022 | 1/7/2025 | (not yet located) |
| **Deviprasad Rambhatla** | 1/28/2015 | 3/5/2015 | 5/6/2020 | ***10/9/2024***[4] |
| **Ganesamoorthy Muthusamy** | 11/24/2014 | 3/5/2015 | 8/11/2023 | ***10/9/2024*** |
| **Genine Mikucki** | 5/9/2022 | 4/25/2022 | 10/20/2024 | (not yet located) |
| **Hengil Rodriguez** | 12/2/2014 | 3/5/2015 | 5/6/2020 | 5/6/2020 |
| **Karan Singh** | 9/16/2014 | 3/6/2015 | 5/6/2020 | 5/6/2020 |
| **Laura Nicholson** | 12/1/2021 | 11/27/2021 | 10/20/2024 | (not yet located) |
| **Malay Joshi** | 11/11/2014 | 6/15/2020 | 1/7/2025 | (not yet located) |
| **Mithun Kundapoor** | 9/19/2014 | 5/6/2020 | 10/20/2024 | (not yet located) |
| **Piyush Sharma** | 12/3/2014 | 3/6/2015 | 5/6/2020 | 5/6/2020 |
| **Prakash Sreenivasan** | 11/20/2014 | 3/6/2015 | 10/20/2024 | (not yet located) |
| **Pramod K Nair** | 12/22/2014 | 3/6/2015 | 5/6/2020 | 5/6/2020 |
| **Ramesh Dariya** | 11/10/2014 | 5/6/2020 | 8/11/2023 | ***8/8/2024*** |
| **Rohan Kamath** | 1/6/2015 | 3/6/2015 | 10/20/2024 | (not yet located) |
| **Saibabu E V S** | 1/6/2015 | 3/6/2015 | 10/20/2024 | (not yet located) |
| **Sarita Venkatesh** | 7/18/2022 | 7/12/2022 | 10/20/2024 | (not yet located) |
| **Saurabh Govil** | 1/22/2015 | 3/10/2015 | 10/20/2024 | (not yet located) |
| **Sharmila Paranjpe** | 1/8/2015 | 2/1/2022 | 10/20/2024 | (not yet located) |
| **Shiney Jacob** | 10/14/2014 | 3/6/2015 | 10/20/2024 | (not yet located) |
| **Shivani Teckchandany** | 10/2/2016 | 10/2/2016 | 10/20/2024 | (not yet located) |
| **Shravan Kumar Seetharama Naik** | 9/7/2014 | 4/30/2020 | 5/6/2020 | 5/6/2020 |
| **Sreedevi S** | 11/6/2014 | 3/6/2015 | 5/6/2020 | 5/6/2020 |
| **Srinivas Pallia** | 1/30/2015 | 3/6/2015 | 5/6/2020 | 5/6/2020 |
| **Srinivasan Gopalasamy** | 1/30/2015 | 3/5/2015 | 10/20/2024 | (not yet located) |
| **Sunita Cherian** | 1/17/2015 | 3/10/2015 | 10/20/2024 | (not yet located) |
| **Vishwas Deep** | 1/30/2015 | 10/30/2017 | 10/20/2024 | (not yet located) |

---

[3] Because of time zone differences, certain documents reflecting a date of May 6, 2020 in this column may correspond to a May 5, 2020 transmission to and/or receipt by the custodian.

[4] Cells with updates since our February 24 submission are in green text with emphasis.

**Gibson, Dunn & Crutcher LLP**
1700 M Street, N.W.  |  Washington, D.C. 20036-4504  |  T: 202.955.8500  |  F: 202.467.0539  |  gibsondunn.com

**GIBSON DUNN**

March 5, 2026<br>Page 7

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Court's CM/ECF system.

/s/ *Stephanie L. Silvano*
Stephanie L. Silvano

**Gibson, Dunn & Crutcher LLP**
1700 M Street, N.W.  |  Washington, D.C. 20036-4504  |  T: 202.955.8500  |  F: 202.467.0539  |  gibsondunn.com