GIBSON DUNN

Greta B. Williams
Partner
T: +1 202.887.3745
M: +1 202.818.0200
gbwilliams@gibsondunn.com

August 4, 2026

**VIA CM/ECF**

Honorable J. Brendan Day
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re:** *MacLean, et al. v. Wipro Limited*, No. 3:20-3414 (GC)(JBD)(D.N.J.)

Dear Judge Day:

As you know, we represent Defendant Wipro Limited ("Wipro") in the above-captioned matter. We write in advance of the telephonic status conference scheduled for Wednesday, August 26, 2026. *See* Dkt. 129.

Wipro respectfully requests that the Court adjourn the August 26 conference and reschedule it to another convenient date because Wipro's lead counsel, Ms. Williams, is scheduled to undergo a medical procedure and will be unavailable on that date.

Counsel for Wipro has conferred with Plaintiffs' counsel, who does not oppose this request. Wipro thanks Your Honor for his attention to this matter.

Respectfully submitted,

*/s/ Greta Williams*
Greta Williams (pro hac vice)

*/s/ Stephanie L. Silvano*
Stephanie L. Silvano

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Court's CM/ECF system.

*/s/ Stephanie L. Silvano*
Stephanie L. Silvano