GIBSON DUNN

Greta B. Williams
Partner
T: +1 202.887.3745
M: +1 202.818.0200
gbwilliams@gibsondunn.com

August 19, 2026

**VIA CM/ECF**
Honorable J. Brendan Day
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *MacLean et al. v. Wipro Limited*, No. 3:20-cv-03414 (GC) (JBD) (D.N.J.)**

Dear Judge Day:

Consistent with Wipro's prior efforts to keep the Court and Plaintiffs apprised of potential data preservation issues as they are identified, *see* Dkts. 121, 123, and 124, we write to bring to the Court's attention a new development that Gibson Dunn learned of in the course of its ongoing investigation.

Specifically, Gibson Dunn has learned that from approximately 2016 until late 2022 or early 2023, Wipro used an enterprise end-point backup and recovery solution known as Parablu, through which files with specific extensions that were stored on employees' Wipro devices were periodically backed up. Based on our current understanding, backup data maintained in Parablu was not exported and retained when Wipro decommissioned the use of Parablu as a backup system in late 2022 or early 2023. Instead, following Parablu's decommissioning as a backup system, OneDrive was used to back up data from the end-points. Based on our current understanding, Wipro currently uses Parablu as a file-sharing platform, and has not used it as a backup solution since that feature was decommissioned.

Gibson Dunn has been investigating whether the decommissioning of Parablu as a backup system presents a potential issue with respect to Wipro's duty to preserve information for this litigation. Based on Gibson Dunn's investigation to date, two *MacLean* custodians (Deviprasad Rambhatla and Karan Singh) had Parablu backups after Wipro's preservation obligation arose as to them. Specifically, Wipro's records reflect that each should have been subject to the *MacLean* litigation hold as of May 6, 2020, *see* Dkt. 123, Ex. A, but their Parablu backups were not preserved when Wipro subsequently decommissioned Parablu.

Gibson Dunn is continuing to investigate the scope of the data backed up for these custodians and the extent to which files backed up to Parablu may remain available through other sources, including OneDrive. At this time, Gibson Dunn is not in a position to represent whether any information relevant to this litigation is unavailable as a result of Parablu's decommissioning.

We are bringing this potential issue to the Court's and the parties' attention promptly to ensure full transparency. Gibson Dunn will provide additional information as appropriate and will be prepared to discuss these issues further at the August 31, 2026 conference, or sooner at Your Honor's preference.

We appreciate Your Honor's attention to this matter.

Respectfully submitted,

*/s/ Greta Williams*
Greta Williams (*pro hac vice*)

*/s/ Stephanie L. Silvano*
Stephanie L. Silvano

*Attorneys for Defendant Wipro Limited*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Court's CM/ECF system.

/s/ *Stephanie L. Silvano*
Stephanie L. Silvano