**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE: TRENTON**
**MAGISTRATE JUDGE: DAY**
**COURT REPORTER: DIGITALLY RECORDED**

**AUGUST 31, 2026**
**DATE OF PROCEEDINGS**

**TITLE OF CASE:**
MACLEAN et al,
V.
WIPRO LIMITED

**DOCKET # 3:20-CV-03414(GC)(JBD)**

**APPEARANCES:**
Daniel Kotchen, Esq. for plaintiffs
Jonathan Rudnick, Esq. for plaintiffs
Lindsey Grunert, Esq. for plaintiffs
Greta Williams, Esq. for defendant
Amber McKonly, Esq. for defendant
Stephanie Silvano, Esq. for defendant
Umung Varma, Esq. for defendant
Michelle Gery, Esq. for defendant

**NATURE OF PROCEEDING:** STATUS CONFERENCE
Status conference held on outstanding discovery disputes.
Order to be entered.

TIME COMMENCED: 11:03 a.m.
TIME ADJOURNED: 11:45 a.m.
TOTAL TIME: 42 MINUTES

s/ Christopher Yoos
Deputy Clerk