September 9, 2026

**VIA CM/ECF**
Honorable J. Brendan Day
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *MacLean et al. v. Wipro Limited*, No. 3:20-cv-03414 (GC) (JBD) (D.N.J.)**

Dear Judge Day:

In accordance with the Court's August 31, 2026 Text Order, Plaintiffs and Defendant Wipro Limited ("Wipro") hereby submit this joint letter apprising the Court that the parties have scheduled the Rule 30(b)(6) deposition of Wipro regarding data retention.

Since the August 31, 2026 status conference, the parties have conferred regarding the scheduling of the deposition. The parties have agreed to conduct the deposition in Washington, D.C. on November 19, 2026, which, according to Wipro, is the first feasible date that works for the deponent and counsel for both parties. While Plaintiffs wished to have the deposition proceed in September or October, Wipro's counsel and/or the deponent (who is traveling from India) were unavailable during the month of September and the only two dates Wipro offered in October (October 29 or 30) pose a conflict for Plaintiffs who begin a two-week trial on October 26, 2026.

We thank Your Honor for his continued attention to this matter.

Respectfully submitted,

/s/ *Jonathan Rudnick*
Jonathan Rudnick
Daniel Kotchen (*pro hac vice*)
*Attorneys for Plaintiffs and Putative Class*

/s/ *Stephanie L. Silvano*
Stephanie L. Silvano
Greta Williams (*pro hac vice*)
*Attorneys for Defendant Wipro Limited*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Court's CM/ECF system.

/s/ *Stephanie L. Silvano*
Stephanie L. Silvano