GIBSON DUNN

Greta B. Williams
Partner
T: +1 202.887.3745
M: +1 202.818.0200
gbwilliams@gibsondunn.com

November 24, 2026

**VIA CM/ECF**
Honorable J. Brendan Day
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *MacLean et al. v. Wipro Limited*, No. 3:20-cv-03414 (GC) (JBD) (D.N.J.)**

Dear Judge Day:

As you know, we represent Defendant Wipro Limited ("Wipro") in the above-captioned matter. We write in advance of the telephonic status conference scheduled for Wednesday, December 2, 2026. *See* Dkt. 137.

Wipro respectfully requests that the Court excuse its local counsel, Stephanie L. Silvano, from attending the conference, as she will be unable to attend because of a pre-existing scheduling conflict. Greta B. Williams, lead counsel for Wipro, will attend the conference and is prepared to discuss any issues raised by the Court.

Respectfully submitted,

Stephanie L. Silvano

Greta Williams (*pro hac vice*)

*Attorneys for Defendant Wipro Limited*

GIBSON DUNN



**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Court's CM/ECF system.

/s/ *Stephanie L. Silvano*
Stephanie L. Silvano